# Order

Michigan Supreme Court
Lansing, Michigan

November 20, 2012

145891

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

LEONARD EMERY NULL,
      Defendant-Appellant.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 145891
COA: 308949
Allegan CC: 11-017094-FC

On order of the Court, the application for leave to appeal the August 8, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 20, 2012

_____
Clerk

t1113